IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRANCE COOK, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TRANSUNION *et al.*, | : | No. 23-1146 |
| *Defendants* | : | |

## ORDER

AND NOW, this 10th day of January, 2024, upon consideration of Trans Union's Motion for Judgment on the Pleadings (Doc. No. 12), its Memorandum of Law in Support thereof (Doc. No. 13), and its "Notice" of Plaintiff's Non-Opposition (Doc. No. 14), and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that the Motion (Doc. No. 12) is **GRANTED**. The case is **DISMISSED WITHOUT PREJUDICE**. Mr. Cook may file an amended complaint within twenty-one (21) days of this Order. **Failure to do so may lead to the case being dismissed for failure to prosecute.**

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE